**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01811-AP

LARRY RUSSELL,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL**

    **For Plaintiff:**

    THOMAS A. FELDMAN
    1120 Lincoln Street, Suite 1306
    Denver, CO 80203
    Telephone (720) 917-1300
    Fax (303) 861-9214
    E-mail tfeldman@qwestoffice.net

    **For Defendant:**

    JOHN F. WALSH
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    United States Attorney's Office
    Chief, Civil Division
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado 80202
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **7/30/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **8/16/10.**
   C. Date Answer and Administrative Record Were Filed**: 10/15/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:        12/22/10**
   B. Defendant's Response Brief Due**:    1/24/11**
   C. Plaintiff's Reply Brief (If Any) Due**:   2/4/11**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement:  Plaintiff requests oral argument.  Oral argument would provide a useful opportunity to analyze an important legal issue in this case, namely, the proper standard for evaluating a mental illness at Step 2 of the sequential evaluation analysis.
   B.      Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.      (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.      (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 4th day of November, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Thomas A. Feldman**
THOMAS A. FELDMAN
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Telephone (720) 917-1300
Fax (303) 861-9214
E-mail tfeldman@qwestoffice.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov