# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01811-AP

LARRY RUSSELL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

Order Granting Attorney Fees to Plaintiff

---

Upon consideration of the parties' Stipulated Motion for an Award of Attorney Fees (doc #18), filed March 17, 2011, and finding such fees reasonable and authorized by 28 U.S.C. § 2412 (2006),

IT IS HEREBY ORDERED that Defendant shall pay to Plaintiff reasonable attorney fees in the amount of **$4,900.00.**

DATED this 17th day of March, 2011.

                                                *s/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT